# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-0932
L.T. Case No. 2018-CF-004091-A

———————————————————

NAKIA E. CAMPBELL,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

3.800 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Nakia E. Campbell, Century, pro se.

No Appearance for Appellee.

November 18, 2025

PER CURIAM.

   AFFIRMED.

LAMBERT, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____